1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT

AUG 27 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 06-28 RSWL |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |
| v. | ) | |
| Manuel Murillo-Murillo | ) | |
| Defendant. | ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  ( ✓ ) the appearance of defendant as required; and/or

    (B)  ( ✓ ) the safety of any person or the community.

//
//

1    The court concludes:
2  A.   (✓)  Defendant poses a risk to the safety of other persons or the community
3         because defendant has not demonstrated by clear and convincing
4         evidence that:
5    ~~he~~ he can abide by court order
6    _____
7    _____
8    _____
9
10 (B)   ( )  Defendant is a flight risk because defendant has not shown by clear
11         and convincing evidence that:
12   _____
13   _____
14   _____
15   _____
16
17    IT IS ORDERED that defendant be detained.
18
19 DATED: 8/27/08
20
21
22
23                         _____
                           STEPHEN J. HILLMAN
                           UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28